IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01808-LTB

RICKY CHAMBERS,

    Applicant,

v.

ANGEL MEDINA (Warden), and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 28 day of September, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/L. Gianelli
                                Deputy Clerk